UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ARKETHA MUNIR**,

Plaintiff,

v.

**BANK OF AMERICA , N.A., ET AL.**,

Defendants.

Case No.  14-cv-05073-YGR

**ORDER DENYING MOTION TO DISMISS AS MOOT**

Re: Dkt. No. 11

On February 6, 2015, defendants filed a Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  (Dkt. No 11.)

On February 26, 2015, plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).  In light of the filing of the amended complaint, the Motion to Dismiss and accompanying request for judicial notice are **DENIED** as moot.  The hearing set for March 24, 2015 is **VACATED**.

This Order terminates Docket No. 11.

**IT IS SO ORDERED.**

Dated: March 4, 2015

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California