UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ARKETHA MUNIR**,

          Plaintiff,

  v.

**BANK OF AMERICA , N.A., ET AL.**,

          Defendants.

Case No.  14-cv-05073-YGR

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

In light of the pending motion to dismiss (Dkt. No. 17), the Case Management Conference ("CMC") in this matter is **CONTINUED** from March 16, 2015 to the Court's 2:00 p.m. Calendar on Monday, **May 11, 2015**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

The Court notes that the parties failed to file a joint statement seven days in advance of the March 16, 2015 CMC date as required.  (*See* Dkt. No. 10.)  The parties shall file their joint CMC statement by **May 4, 2015**.  Furthermore, the parties are reminded that they must file updated CMC statements in advance of each CMC pursuant to the applicable local rules and standing orders.  Failure to do so may result in sanctions.

Defendant's pending motion for telephonic appearance at the March 16, 2015 conference (Dkt. No. 16) is **DENIED AS MOOT**.

This Order terminates Docket Number 16.

**IT IS SO ORDERED.**

Dated:  March 12, 2015

                                            **YVONNE GONZALEZ ROGERS**
                                            **UNITED STATES DISTRICT COURT JUDGE**