Patricia Rodriguez, Esq. (SBN 270639)
Rodriguez Law Group, Inc.
1961 Huntington Dr., Suite 201
Alhambra, California 91801
Tel:  626-888-5206
Fax:  626-282-0522
Email: prod@attorneyprod.com

Attorneys for Plaintiff
ARKETHA MUNIR



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
May 5, 2015

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARKETHA MUNIR, an individual<br><br>            Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, N.A. AS SUCCESSOR IN INTEREST TO COUNTRYWIDE HOME LOANS INC; NATIONSTAR MORTGAGE; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2003-58, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-58; CTC REAL ESTATE SERVICES; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; RECONTRUST COMPANY, N.A.; and DOES 1-10, INCLUSIVE,<br>            Defendants. | CASE NO. 4:14-cv-05073-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS**<br><br>**Courtroom:** 1, 4th Floor<br>**Judge:** Hon. Yvonne Gonzales-Rogers<br>**Hearing Date:** May 9, 2015<br>**Time of Hearing:** 2:00 PM<br><br>Complaint Filed: November 17, 2014 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

1
**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS**

**NOTICE IS HEREBY GIVEN** that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff ARKETHA MUNIR, an individual, voluntarily dismisses this action, as to Defendants (1) BANK OF AMERICA, N.A., (2) COUNTRYWIDE HOME LOANS, INC. (erroneously named as "Bank of America, N.A. as successor in interest to Countrywide Home Loans, Inc."), (3) CTC REAL ESTATE SERVICES and (4) RECONTRUST COMPANY, N.A. without prejudice.  This voluntary dismissal is as to the four (4) above-mentioned Defendants only.

Dated:  April 29, 2015.                              RODRIGUEZ LAW GROUP, INC.


                                                                                      ___/s/ Patricia Rodriguez_____
                                                                                      Attorneys for Plaintiff
                                                                                      Arketha Munir

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS**