

May 5, 2015

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

1  Patricia Rodriguez, Esq. (SBN 270639)
   Rodriguez Law Group, Inc.
2  1961 Huntington Dr., Suite 201
3  Alhambra, California 91801
   Tel:  626-888-5206
4  Fax:  626-282-0522
   Email: prod@attorneyprod.com
5
6  Attorneys for Plaintiff
   ARKETHA MUNIR
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARKETHA MUNIR, an individual | CASE NO. 4:14-cv-05073-YGR |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS** |
| BANK OF AMERICA, N.A. AS SUCCESSOR IN INTEREST TO COUNTRYWIDE HOME LOANS INC; NATIONSTAR MORTGAGE; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2003-58, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-58; CTC REAL ESTATE SERVICES; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; RECONTRUST COMPANY, N.A.; and DOES 1-10, INCLUSIVE, | **Courtroom:** 1, 4th Floor<br>**Judge:** Hon. Yvonne Gonzales-Rogers<br>**Hearing Date:** May 12, 2015<br>**Time of Hearing:** 2:00 PM<br><br>Complaint Filed: November 17, 2014 |
| Defendants. | |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS**

**NOTICE IS HEREBY GIVEN** that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff ARKETHA MUNIR, an individual, voluntarily dismisses this action, as to Defendants (1) NATIONSTAR MORTGAGE LLC (sued herein as "Nationstar Mortgage") and (2) MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. without prejudice.  This voluntary dismissal is as to the two (2) above-mentioned Defendants only.

Dated:  May 5, 2015.                              RODRIGUEZ LAW GROUP, INC.


                                  ___/s/ Patricia Rodriguez_____
                                  Attorneys for Plaintiff
                                  Arketha Munir

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS**