UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ARKETHA MUNIR,**

    Plaintiff,

    v.

**THE BANK OF NEW YORK MELLON AS TRUSTEE,**

    Defendant.

Case No. 14-cv-05073-YGR

**ORDER VACATING HEARING, CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 17

The Court has reviewed the papers submitted by the parties in connection with the defendant's motion to dismiss (Dkt. No. 17) and has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the hearing set for May 12, 2015 is **VACATED**. The Court will issue a written decision on the papers.

The Court also **VACATES** the Case Management Conference set for May 12, 2015, pending a ruling on the motion to dismiss.

**IT IS SO ORDERED.**

Dated: May 8, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**