1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  KIMBERLY A. PAESE (State Bar No. 258594)
   kap@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendants
7  NATIONSTAR MORTGAGE LLC (sued herein
   as "Nationstar Mortgage"); THE BANK OF
8  NEW YORK MELLON FKA THE BANK OF
   NEW YORK AS TRUSTEE FOR THE
9  CERTIFICATE HOLDERS OF CWMBS INC.,
   and MORTGAGE ELECTRONIC
10 REGISTRATION SYSTEMS, INC.

11                     UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

13

14 | ARKETHA MUNIR,                                  | Case No. 4:14-cv-05073-YGR
15 |         Plaintiff,                              | [PROPOSED] JUDGMENT OF DISMISSAL
16 |    vs.                                          |
17 | BANK OF AMERICA, N.A. AS                        | Action Filed:   November 17, 2014
   | SUCCESSOR IN INTEREST TO                        | Trial Date:     None Set
18 | COUNTRYWIDE HOME LOANS INC;
   | NATIONSTAR MORTGAGE; THE BANK
19 | OF NEW YORK MELLON FKA THE BANK
   | OF NEW YORK AS TRUSTEE FOR THE
20 | CERTIFICATE HOLDERS OF CWMBS
   | INC., CHL MORTGAGE PASS-THROUGH
21 | TRUST 2003-58, MORTGAGE PASS-
   | THROUGH CERTIFICATES, SERIES 2003-
22 | 58; CTC REAL ESTATE SERVICES;
   | MORTGAGE ELECTRONIC
23 | REGISTRATION SYSTEMS, INC.;
   | RECONTRUST COMPANY, N.A.; and
24 | DOES 1-10, INCLUSIVE,

25 |         Defendants.

26

27

28

On May 22, 2015, the Court entered an order granting the motion by defendant The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificate Holders of CWMBS Inc. to dismiss the above-captioned action by plaintiff Arketha Munir without leave to amend.  Accordingly and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendant The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificate Holders of CWMBS Inc. and against plaintiff Arketha Munir in the above-captioned action.  Plaintiff Arketha Munir is to recover nothing from defendant The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificate Holders of CWMBS Inc.

**IT IS SO ORDERED.**

Dated:  June 12, 2015

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge